IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-00364-STV

MICHELLE DOUCETTE,

    Plaintiff,

v.

UNITEDHEALTHCARE INSURANCE COMPANY; KAISER PERMANENTE INSURANCE COMPANY,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF RYAN M. SUGDEN

Ryan M. Sugden, of the law firm Stinson LLP, as a member in good standing of the bar of this Court, hereby enters his appearance on behalf of UnitedHealthcare Insurance Company, in the above-caption action.

Respectfully submitted this 16th day of February, 2022.

    s/ *Ryan M. Sugden*
    Ryan M. Sugden
    STINSON LLP
    1144 Fifteenth Street, Suite 2400
    Denver, Colorado 80202
    Phone: 303.376.8405
    Fax No.: 303.578.7985
    Email: ryan.sugden@stinson.com

    *Attorneys for Defendant UnitedHealthcare Insurance Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2022, I electronically filed the foregoing via the CM/ECF system on the following:

> Thomas A. Bulger, Reg. #29390
> Silvern & Bulger, P.C.
> 363 South Harlan Street, Suite 205
> Lakewood, Colorado 80226
> Phone: 303.292.0044
> Fax No.: 303.292.1466
> E-mail: counsel@silvernbulger.com
>
> *Attorney for Plaintiff Michelle Doucette*

s/ Ryan M. Sugden<br>
Ryan M. Sugden

2